# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KIERA ROYAL, | ) |
| Plaintiff, | ) |
| v. | ) CV418-302 |
| CEC ENTERTAINMENT, INC., | ) |
| Defendant. | ) |

## ORDER

The parties' consent motion to stay discovery while defendant's motion to dismiss and to compel arbitration is resolved is **GRANTED**. Doc. 8; *see* doc. 4 (pending before the District Judge). Within 14 days of any denial of that motion, in whole or in part, the parties shall confer and submit a proposed Scheduling Order setting forth their agreed-upon discovery and motion schedule.

**SO ORDERED,** this __29th__ day of January, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA