# United States District Court
## Southern District of Georgia

KIERA ROYAL,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:18-cv-302

CEC ENTERTAINMENT, INC.,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated May, 24, 2019, the Court GRANTS Defendant CEC Entertainment, Inc.'s Motion to Dismiss and to Compel Arbitration, ORDERS the parties to submit the underlying dispute to arbitration, and DISMISSES Plaintiff's Complaint without prejudice. Accordingly, this case stands CLOSED.

Approved by: _____

May 30, 2019
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk